IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC WRIGHT,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4284

Opinion filed March 5, 2015.

Petition for Writ of Prohibition.

Sheldon J. Vann, of Law Offices of Sheldon J. Vann, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.


PER CURIAM.

       DENIED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.